IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHELIA MANSFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:12-1252 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| COOK BIOTECH, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for February 8, 2013 is **RESET** for January 7, 2013 at 1:30 p.m.

It is so **ORDERED**.

ENTER this 5th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge